## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN M. DONAHUE, | : | |
| | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 3:18-1531 |
| v. | : | |
| | : | (JUDGE MANNION) |
| SUPERIOR COURT OF PENNSYLVANIA*, et al.,* | : | |
| **Defendants** | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Mehalchick, **(Doc. 21)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** The plaintiff's motion for leave to proceed *in forma pauperis*, **(Doc. 2)**, is **GRANTED** solely for the purpose of the filing of his complaints;

**(3)** The plaintiff's proposed second amended complaint, **(Docs. 14-1 & 14-2)**, is **DISMISSED** as improperly filed, and the State Court Defendants' motion to dismiss this proposed pleading, **(Doc. 15),** is therefore **DENIED AS MOOT**;

**(4)** The State Court Defendants' motion to dismiss, **(Doc. 12)**, plaintiff's original amended complaint, **(Doc. 11)**, is **GRANTED**, and all claims asserted against the State Court Defendants are

**DISMISSED WITH PREJUDICE**, as barred by Eleventh Amendment immunity;

**(5)** The remainder of plaintiff's amended complaint, **(Doc. 11)**, against the remaining defendants, is **DISMISSED IN ITS ENTIRETY**, as specified in the foregoing memorandum, pursuant to 28 U.S.C. §1915(e)(2)(B);

**(6)** The plaintiff's request for appointment of counsel is **DENIED AS MOOT**;

**(7)** The plaintiff's objections to Judge Mehalchick report, **(Docs. 24 & 25)**, are **OVERRULED**;

**(8)** The plaintiff is **DENIED** leave to file a second amended complaint based on futility;  and

**(9)** The clerk of court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 25, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1531-01-ORDER.wpd